FILED

AUG 22 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA        '08 MJ 8763

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Magistrate Case No.: |
| Plaintiff, ) | COMPLAINT FOR VIOLATION OF |
| v. ) | 21 U.S.C. § 952 and 960 |
| Christopher ORTEGA-Martinez, ) | Importation of a Controlled Substance (Felony) |
| Defendant. ) | |

The undersigned complainant being duly sworn states:

That on or about August 22, 2008, within the Southern District of California, defendant Christopher ORTEGA-Martinez did knowingly and intentionally import approximately 54.98 kilograms (120.95 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Chad Worgen, Special Agent
U. S. Immigration & Customs
Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 22ND DAY OF AUGUST 2008.

_____
PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA

    v.

Christopher ORTEGA-Martinez

## STATEMENT OF FACTS

This Statement of Facts is based on the reports, documents, and notes furnished to U. S. Immigration and Customs Enforcement Special Agent Chad Worgen.

On August 22, 2008, at approximately 0315 hours, Christopher ORTEGA-Martinez was the sole occupant driver and registered owner of a 1986 Dodge Ram Van as he entered the United States at the Calexico, California, West Port of Entry.

ORTEGA stated to Officer E. Bello that he had lost his birth certificate and presented a valid California driver's license. ORTEGA and the vehicle were escorted to secondary for further inspection.

In the vehicle secondary inspection area, ORTEGA gave Officer P. Farrier a negative Customs declaration. ORTEGA stated he was going to work. ORTEGA stated he has owned the vehicle for two or three weeks. A Narcotic Detector Dog alerted to the inside rear of the vehicle. Officer Farrier asked ORTEGA how much gasoline was in the gas tank. ORTEGA stated, "less than a quarter". ORTEGA observed Officer Farrier retrieving the gasoline scope and ORTEGA spontaneously stated, "There's drugs in the car."

A subsequent inspection of the vehicle revealed forty-seven (47) packages in a non-factory roof compartment. Officer Farrier probed one of the packages and a sample of a green leafy substance was obtained, which field tested positive for the indication of marijuana. The forty-seven (47) packages had a combined net weight of approximately 54.98 kilograms (120.95 pounds) of marijuana.

1 | Agent Worgen advised ORTEGA of his rights per Miranda. ORTEGA
2 | stated he understood his rights and was willing to answer questions
3 | without the presence of an attorney. ORTEGA stated he was going to
4 | be paid $3,000.00 for smuggling the marijuana into the United
5 | States.